FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORA K., THOMAS B., and GABRIEL B., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED HEALTHCARE SERVICES, INC. d/b/a UNITED HEALTHCARE, SCHUMACHER GROUP OF DELAWARE, INC. as plan Administrator d/b/a THE SCHUMACHER GROUP or SCP – HEALTH, and SCHUMACHER GROUP CHOICE PLUS PLAN (7OC), <br><br> Defendants, | No.   1:20-cv-03162-SMJ <br><br> **ORDER DISMISSING CASE** |

On June 1, 2021, the parties filed a stipulated dismissal, ECF No. 26. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    1.    The parties' Stipulated Motion to Dismiss Without Prejudice, **ECF No. 26**, is **GRANTED**.

    2.    The parties' stipulations contained in **ECF No. 26** are **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

ORDER DISMISSING CASE – 1

3. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

4. All pending motions are **DENIED AS MOOT**.

5. All hearings and other deadlines are **STRICKEN**.

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2